Todd A. Walburg (SBN 213063)
twalburg@baileyglasser.com
**BAILEY & GLASSER, LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

Katherine J. Odenbreit (SBN 184619)
kodenbreit@mahoney-law.net
**Mahoney Law Group, APC**
249 E. Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

*Additional Counsel Listed on
Signature Page*

*Attorneys for Plaintiff, Gary
Rodrigue*

David L. Cheng (SBN 240926)
dcheng@fordharrison.com
Jennifer S. McGeorge (SBN 221679)
jmcgeorge@fordharrison.com
**FORD & HARRISON LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

*Counsel for Defendant, Center for the
Advancement of Science in Space, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RODRIGUE, | CASE NO.: 5:22-cv-00485-SB-KK |
| Plaintiff, | |
| vs. | **JOINT STATUS REPORT** |
| CENTER FOR THE ADVANCEMENT OF SCIENCE IN SPACE, INC., | Judge: Hon. Stanley Blumenfeld, Jr. |
| Defendants. | Complaint Filed:   03/17/2022 |

Plaintiff, Gary Rodrigue, (hereinafter "Plaintiff" or "Rodrigue"), and Defendant, Center for the Advancement of Science in Space, Inc. (hereinafter "Defendant" or "CASIS"), by and through their undersigned counsel and pursuant to this Court's Order Compelling Arbitration (ECF No. 33), hereby jointly submit the following report on the status of the arbitration in this matter.

1.     On June 1, 2022, Plaintiff filed a Demand with the American Arbitration Association ("AAA") to initiate the arbitration of this matter, and submitted payment to the AAA for his portion of the AAA's filing fee in doing so.

2.     On or about June 22, 2022, Defendant submitted payment to the AAA for its portion of the filing fee, and requested that a preliminary decision be issued to resolve a dispute between the Parties as to the proper locale for the arbitration, prior to the appointment of an arbitrator in the matter.

3.     On July 20, 2022, after reviewing briefing submitted by the Parties regarding the locale dispute, the AAA determined that "the administration of this matter shall be conducted by the Western Case Management Center and the hearings will be held in Riverside, California" and that "[t]his determination is subject to the power of the arbitrator(s), after their appointment, to make a final determination on the locale."

4.     Today, August 11, 2022, is the deadline for the Parties to confidentially submit their respective "strike and rank" lists to the AAA concerning selection of an arbitrator in this matter, wherein each party may strike any potential arbitrators it has an objection on, and shall number the remaining names of potential arbitrators in order of preference.

| | |
|---|---|
| 1 | Dated: August 11, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Dated: August 11, 2022

Respectfully submitted,

Bailey & Glasser, LLP

By: */s/ Jaclyn S. Clark*
    Jaclyn S. Clark

    Todd A. Walburg (SBN 213063)
    twalburg@baileyglasser.com
    **Bailey & Glasser, LLP**
    1999 Harrison Street, Suite 660
    Oakland, CA 94612
    Telephone: (510) 272-8000
    Facsimile: (510) 463-0291

    Lori A. Bullock (*Admitted Pro Hac Vice*)
    lbullock@baileyglasser.com
    **Bailey & Glasser, LLP**
    309 E. 5th Street, Suite 202B
    Des Moines, IA 50309
    Telephone: (515) 416-9051
    Facsimile: (304) 342-1110

    Jaclyn S. Clark (*Admitted Pro Hac Vice*)
    jclark@baileyglasser.com
    **Bailey & Glasser, LLP**
    360 Central Avenue, Suite 1450
    St. Petersburg, FL 33701
    Telephone: (321) 356-7323
    Facsimile: (727) 894-2649

    Katherine J. Odenbreit (SBN 184619)
    kodenbreit@mahoney-law.net
    **Mahoney Law Group, APC**
    249 E. Ocean Boulevard, Suite 814
    Long Beach, CA 90802
    Telephone: (562) 590-5550
    Facsimile: (562) 590-8400

    ***Counsel for Plaintiff, Gary Rodrigue***

**JOINT REPORT ON STATUS OF ARBITRATION**
**5:22-cv-00485-SB-KK**

1

2                                        -AND-

3
     Dated: August 11, 2022              Ford & Harrison LLP
4

5                                        By: */s/ Jennifer S. McGeorge*

6                                            David L. Cheng
                                             dcheng@fordharrison.com
7                                            Jennifer S. McGeorge
                                             jmcgeorge@fordharrison.com
8
                                             Ford and Harrison LLP
9                                            350 South Grand Avenue, Suite 2300
                                             Los Angeles, CA 90071
10                                           Telephone: (213) 237-2400
                                             Facsimile: (213) 237-2401
11

12                                           ***Counsel for Defendant, Center for the***
                                             ***Advancement of Science in Space, Inc.***
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT REPORT ON STATUS OF ARBITRATION**
**5:22-cv-00485-SB-KK**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s /Jaclyn S. Clark*
Jaclyn S. Clark

---

**4**