FORD & HARRISON LLP
David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
Jennifer S. McGeorge, Bar No. 221679
jmcgeorge@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone:   213-237-2400
Facsimile:    213-237-2401

Attorneys for Defendant
CENTER FOR THE ADVANCEMENT OF
SCIENCE IN SPACE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RODRIGUE,<br><br>             Plaintiff,<br><br>v.<br><br>CENTER FOR THE ADVANCEMENT OF SCIENCE IN SPACE, INC.,<br><br>             Defendant. | Case No.  5:22-cv-00485-SB-KK<br><br>*[Assigned to Hon. Stanley Blumenfeld, Jr.]*<br><br>**JOINT STATUS REPORT**<br><br>**Action Filed: March 17, 2022** |

Plaintiff, Gary Rodrigue, (hereinafter "Plaintiff' or "Rodrigue"), and Defendant, Center for the Advancement of Science in Space, Inc. (hereinafter "Defendant" or "CASIS") (hereinafter collectively referred to as "the Parties") by and through their undersigned counsel and pursuant to this Court's Order Compelling Arbitration (ECF No. 33), hereby jointly submit the following report on the status of the arbitration in this matter.

On October 26, 2022, the Parties participated in mediation before mediator Stephen Benardo. The Parties agreed upon a settlement of this matter on October 28, 2022. The Parties are working on finalizing the settlement agreement, and intend to file a Joint Stipulation for Dismissal of this matter upon execution of the Settlement Agreement and payment to Plaintiff. The Parties anticipate filing of the Joint Stipulation for Dismissal of this matter within the next ninety (90) days.

Respectfully submitted,

Dated: November 9, 2022

FORD & HARRISON LLP

By: */s/ Jennifer S. McGeorge*
David L. Cheng
Jennifer S. McGeorge
Attorneys for Defendant CENTER FOR THE ADVANCEMENT OF SCIENCE IN SPACE, INC.

Dated: November 9, 2022

BAILEY & GLASSER, LLP

By: */s/Jaclyn S. Clark* .
Jaclyn S. Clark

Todd A. Walburg (SBN 213063)
twalburg@baileyglasser.com
BAILEY & GLASSER, LLP
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 272-8000
Facsimile: (510) 463-0291

| | |
|---|---|
| 1 | |
| 2 | Lori A. Bullock (*Admitted Pro Hac Vice*) |
| 3 | lbullock@baileyglasser.com<br>BAILEY & GLASSER, LLP |
| 4 | 309 E. 5th Street, Suite 202B |
| 5 | Des Moines, IA 50309<br>Telephone: (515) 416-9051 |
| 6 | Facsimile: (304) 342-1110 |
| 7 | Jaclyn S. Clark (*Admitted Pro Hac Vice*) |
| 8 | jclark@baileyglasser.com<br>BAILEY & GLASSER, LLP |
| 9 | 360 Central Avenue, Suite 1450 |
| 10 | St. Petersburg, FL 33701<br>Telephone: (321) 356-7323 |
| 11 | Facsimile: (727) 894-2649 |
| 12 | |
| 13 | Katherine J. Odenbreit (SBN 184619)<br>kodenbreit@mahoney-law.net |
| 14 | MAHONEY LAW GROUP, APC |
| 15 | 249 E. Ocean Boulevard, Suite 814<br>Long Beach, CA 90802 |
| 16 | Telephone: (562) 590-5550<br>Facsimile: (562) 590-8400 |
| 17 | |
| 18 | Counsel for Plaintiff GARY RODRIGUE |

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

JOINT STATUS REPORT
5:22-CV-00485-SB-KK

# **PROOF OF SERVICE**

I, Esperansa Reinold, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On November 9, 2022, I served a copy of the within document(s):

## **JOINT STATUS REPORT**

☒ ELECTRONICALLY: I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Todd A. Walburg, Esq.<br>Bailey & Glasser LLP<br>1999 Harrison Street, Suite 660<br>Oakland, CA 94614 | Tel: (510) 272-8000<br>Fax: (510) 463-0291<br>Email: twalburg@baileyglasser.com<br>Attorneys for Plaintiff |
| Katherine J. Odenbreit, Esq.<br>Mahoney Law Group, APC<br>249 Ocean Boulevard, Suite 814<br>Long Beach, CA 90802 | Tel: (562) 590-5550<br>Fax: (562) 590-8400<br>Email: kodenbreit@mahoney-law.net<br>Attorneys for Plaintiff |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 9, 2022, at Los Angeles, California.

_____
Esperansa Reinold