JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RODRIGUE,<br><br>    Plaintiff,<br><br>v.<br><br>CENTER FOR THE ADVANCEMENT OF SCIENCE IN SPACE, INC.,<br><br>    Defendant. | Case No. 5:22-cv-00485-SB-KK<br><br>ORDER DISMISSING CASE |

    The parties filed a joint status report on November 9, 2022 indicating that they settled this case. Dkt. No. 35. They indicated that they anticipated filing a stipulation to dismiss the case within 90 days. More than 90 days have passed without the promised stipulation being filed. Based on the assumption that the parties' settlement completely resolves their dispute, the Court hereby dismisses this case with prejudice. If the Court's assumption is incorrect, the parties shall file a joint status report by no later than February 20, 2023 with an explanation and appear in Courtroom 6C on February 24, 2023 at 8:30 a.m. Failure to timely file a report will be construed as confirmation of the stated assumption, and this order will become final without any further action.

IT IS SO ORDERED.

Date: February 15, 2023

                                                             Stanley Blumenfeld, Jr.
                                                             United States District Judge